# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEALE MONTEREY ENTERPRISES, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>UNITED STATES DISTRICT COURT, <br><br>　　　　Defendant. | **15-cv-264 LJO BAM** <br><br> **New Case No. 15-cv-264  LJO JLT** <br><br><br> **ORDER TRANSFERING CASE** |

　　　　Plaintiff filed a complaint in this Court on February 19, 2015. (Doc. 1)  A review of the complaint reveals that Plaintiff is located in Kern County, California, and the property at issue in the complaint is also located in Bakersfield, California.  Accordingly, this Court finds that venue is proper in the United States District Court, Eastern District of California, Bakersfield.  The Clerk of the Court is directed to transfer and reassign this action to the Honorable Jennifer L. Thurston.  *See* 28 U.S.C. § 1391(b).  The new case number is **15-cv-264 LJO JLT**.  All future filings shall contain this new case number.  Failure to do so may result in a delay in the processing of this case.

1

The scheduling conference set for May 13, 2015, at 9:00 a.m. before the undersigned is VACATED.  A scheduling conference will be held before the Honorable Jennifer L. Thurston and will be scheduled at a later date.  The parties shall contact Judge Thurtson's chambers at 661-326-6620 to set a date for the conference if the Court does not schedule a date within ten (10) court days.

IT IS SO ORDERED.

Dated:  **February 23, 2015**              /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE