1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

17

| | |
|---|---|
| **BEALE MONTEREY ENTERPRISES, INC., A CALIFORNIA CORPORATION,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**UNITED STATES DISTRICT COURT, A SUBDIVISION OF THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **Case No.: 1:15-cv-00264 LJO JLT**<br><br>**JUDGMENT DETERMINING THAT THE UNITED STATES DISTRICT COURT HAS NO INTEREST IN THE TRUST DEED THAT IS THE SUBJECT OF THIS ACTION** |

18

19

20

21

22

23

24

25

UPON ACTION BY THE PLAINTIFF, based upon substantial evidence submitted by the

plaintiff and good cause appearing therefor,

The court hereby grants judgment as follows:

1.      The United States District Court has no interest in that certain Deed of Trust dated

November 11, 2008 and recorded November 25, 2008 as Instrument No. 0208183107, Official Records

of Kern County, executed by Beale Monterey Enterprises, Inc., a California corporation, as Trustor,

Chicago Title Company, a California corporation, as Trustee and United States District Court, and

1

Kamalpreet Sidhu, a single woman and Amarjeet Kaur, a single woman, as joint tenants, as Beneficiary.

A copy of said deed of trust is set forth as Exhibit 1, hereto.

2.      The United States District Court does not have any interest in the promissory note that is secured by the trust deed and does not have any interest in the real property derived from the promissory note or trust deed.

3.      The purported interest of the United States District Court under the trust deed is void and of no effect.

4.      This judgment may be recorded and shall evidence the release any purported interest the United States District Court may have in said trust deed; and the trustee of said trust deed may rely on this judgment and reconvey the purported interest of the United States District Court as necessary and appropriate, subject to the interest(s) of Kamalpreet Sidhu and Amarjeet Kaur (if any) as may exist pursuant to the promissory note and trust deed.

5.      The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:  April 6, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT